IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEWIS ALLEN INGRAM,<br><br>*Plaintiff,*<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, *et al.,*<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:20-cv-00113-TES-MSH |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Neither party filed an objection to the United Magistrate Judge's Recommendation [Doc. 40], and the time period prescribed by 28 U.S.C. § 636(b)(1) has expired. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(d). Having reviewed the Recommendation for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendant's Motion for Summary Judgment [Doc. 32]. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** accordingly.

SO ORDERED, this 24th day of March, 2022.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT