IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEWIS ALLEN INGRAM, | * |
| Plaintiff, | * |
| v. | Case No.  5:20-cv-00113-TES-MSH |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 16, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 17th day of May, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk